# United States District Court
## for the
## Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>Lay Wah<br>*Defendant* | Case No. 23-MJ-1017 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about March 13, 2023, in the County of Erie, in the Western District of New York, the defendant, knowing that he had previously been convicted on or about December 14, 2020, of a crime punishable by imprisonment for a term exceeding one year, unlawfully did knowingly possess, a Glock model 17, 9mm caliber pistol, bearing serial number AGCC155; which had been shipped or transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

TIMOTHY L. FUDELLA
SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES
*Printed name and title*

Sworn to before me and signed telephonically.

Date: March 13, 2023

*Judge's signature*

City and State: Buffalo, New York

HON. JEREMIAH J. MCCARTHY
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT

STATE OF NEW YORK   )
COUNTY OF ERIE      )   SS:
CITY OF BUFFALO     )

    I, **TIMOTHY L. FUDELLA**, being duly sworn, deposes and states:

    1.    I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter referred to as "ATF"), and as such I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516(1), *et seq.* and Title 21, United States Code, Section 801. I further state that I am the kind of Special Agent as delineated in Title 18, United States Code, Section 3051.

    2.    I have been an ATF Special Agent since September of 2015. I am assigned to the Buffalo Field Office, New York Field Division. I am a graduate of the ATF National Academy and the Criminal Investigator School located at the Federal Law Enforcement Training Center in Glynco, Georgia. My primary duties as an ATF Special Agent include investigating violations of federal firearms laws including illegal firearm trafficking, unlawful possession of firearms, and the possession of firearms during the commission of drug trafficking crimes and crimes of violence. Additionally, prior to becoming an ATF Agent, I was employed by United States Customs and Border Protection as a United States Customs and Border Protection Officer for approximately six years.

3.  During my time as an ATF Special Agent, I have participated in investigations and the execution of search warrants and arrest warrants where illegally purchased/trafficked firearms, narcotics, electronic scales, packaging materials, cutting agents, books/ledgers indicating sales, receipts, computers, cellular telephones, and other items used to facilitate firearms and narcotics trafficking were seized. I have personally conducted and/or assisted in investigations of criminal acts involving violations relating to armed individuals that were involved in the distribution of controlled substances, including heroin, cocaine, cocaine base and other substances, in violation of federal drug laws, including Title 21, United States Code, Sections 841 and 846, and Title 18, United States Code, Sections 922 and 924. Additionally, I have also participated in interviews and debriefings of individuals involved in firearms and narcotics trafficking. I am familiar with the habits, methods, routines, practices and procedures commonly employed by persons engaged in the illegal trafficking of firearms and illegal drugs.

4.  This affidavit is being submitted for a limited purpose, that is, a probable cause determination, therefore I have not presented all of the facts of this investigation to date. I have set forth only the information I believe to be necessary to establish probable cause. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this manner.

5. This affidavit is made in support of a Criminal Complaint against **LAY WAH,** as there is probable cause that **WAH** has violated Title 18 United States Code 922(g)(1) (possession of a firearm by a convicted felon).

## BACKGROUND OF THE INVESTIGATION

### SEARCH WARRANT OF 180 NEWFIELD

6. On March 13, 2023, members of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Buffalo Field Office, Buffalo Police Department SWAT and (BPD) Intelligence (Intel) Unit executed a search warrant which had been issued by Honorable Judge James Bargnesi for 180 Newfield, Lower Apartment, Buffalo, New York, the person of Lay WAH, as well as a 2016 Mercedes Benz.

7. Upon entering the home, SWAT officers located and detained Amelia Garcia in the dining room area, SWAT officers observed WAH move quickly from a computer room down the hall to the left, rear bedroom. SWAT issued commands which WAH ignored as he made flight for the rear bedroom. WAH was observed by law enforcement reach in the area of or in a piece of furniture in the rear bedroom before pushing the door closed on SWAT. It was moments after this that another officer on the perimeter of the residence observed an object being thrown from the same left, rear bedroom window. WAH was then placed into SWAT custody. After the location was secured, law enforcement searched the residence.

8. In the rear yard of 176 Newfield which is directly adjacent to target residence, officers located a Glock 17 9mm handgun bearing serial number AGCC155, with an extended

3

magazine loaded with thirty-one (31) 9mm cartridges. The firearm was found not covered by any snow and had the appearance of recently landing in the area. This Glock 17 was also equipped with a "Select Fire Conversion Device."[1] I am aware of conversion devices similar to the device attached to the firearm recovered, and I am aware such devices have been designed and created for the sole purpose of converting semi-automatic Glock pistols into fully automatic machineguns. These devices vary by design and appearance but all, when properly installed on a semi-automatic Glock pistol, will allow the firearm to expel more than one projectile by a single pull of the trigger at approximately 1,200 rounds per minute. Installation of these conversion devices is fast and simple, requires no technical expertise, and is completed by removing the polymer slide cover plate on a Glock semi-automatic pistol and replacing it with a conversion device. I also know that these devices are referred to by different names, including but not limited to: "switches," "buttons," "auto sears," "convertors," "conversion switches," "selector switches," "conversion devices," and "Fire Selector Systems for Glock" (FSSGs).

9. Law enforcement searched a bedroom being used as a computer/game room. On the desk in this room, law enforcement located a wallet containing a quantity of United States currency and a driver's license belonging to WAH. Also on this desk, agents located two boxes of 9mm ammunition, various packaging materials, and multiple stacks of United

---

[1] ATF considers Glock conversion devices as post-May 19, 1986 machineguns. Therefore, apart from official military and law enforcement use, Glock conversion devices may only be lawfully possessed by properly licensed Federal Firearms Licensees (FFLs) who have paid the appropriate Special Occupational Tax (SOT) required of individuals manufacturing, importing, or dealing in National Firearms Act (NFA) weapons.

States Currency, totaling approximately $4540. Under the desk, a Glock firearm box was located.

10. Within the rear left bedroom, the same bedroom from which the recovered firearm was thrown, law enforcement located a plastic bag containing numerous blue pills stamped "M." Based on my training and experience and involvement in prior investigations, these pills are consistent with counterfeit Percocet pills which often contain fentanyl and or a mixture of other synthetic opioids. Within the same drawer as the pills, was a Social Security Card in the name of WAH and an iPhone in a green case. Under the mattress, a silver iPhone absent of a case was located and another iPhone in a "Nike Air" case was found plugged into the wall of this room.

11. Garcia, and WAH were transported to the Buffalo Police Headquarters where they were placed in separate interview rooms and individually provided Miranda warnings. WAH requested a lawyer immediately. Garcia acknowledge she understood her rights and agreed to speak with investigators. Garcia stated she was in a relationship with WAH and would stay at the location two or three times a week. Garcia stated she had no knowledge of any illegal activity WAH was involved in, and she has never seen a firearm in the house.

12. A review of WAH's criminal history reveals that he has a prior felony conviction that is punishable by a term of imprisonment of more than one year. On or about December 14, 2020, WAH pled guilty in Erie County Court, Erie County, New York, to the crime of Criminal Possession of a Controlled Substance Fourth Degree, a class C felony, and was sentenced to 364 days in prison.

13. The firearm seized in connection with this investigation meets the definition of a firearm as per Title 18, United States Code, Section 921(a)(3) because it was designed to expel a projectile by the action of an explosive. Furthermore, the Glock 17 handgun was not manufactured in the State of New York and, consequently, would have affected interstate commerce.

14. Based on the above information, your affiant submits there is probable cause to believe that, beginning on a date unknown, and continuing until October 12, 2022, in the, Western District of New York, Lay WAH, did knowingly and unlawfully possess a firearm, that is, a Glock model 17 9mm caliber pistol, bearing serial number AGCC155, equipped with a select fire conversion device, in violation of United States Code, Section 922(g)(1).

TIMOTHY FUDELLA
Digitally signed by TIMOTHY FUDELLA
Date: 2023.03.13 12:42:26 -04'00'

TIMOTHY L. FUDELLA
Special Agent
Bureau of Alcohol, Tobacco, Firearms, Explosives

Subscribed and sworn to before me telephonically

this 13th day of March, 2023.

HONORABLE JEREMIAH J. MCCARTHY
United States Magistrate Judge

6